**Order entered November 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00996-CR
No. 05-15-01000-CR

**GREGORY ACHILIKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-60832-Q, F14-60833-Q**

## ORDER

The Court **GRANTS** the State's November 24, 2016 motion for an extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the State's brief tendered as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE